AARON D. FORD
Attorney General
NATHAN C. HOLLAND, Bar No. 15247
Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1254
E-mail: NHolland@ag.nv.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BURRIOLA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHARLES DANIELS, et al.,<br><br>　　　　　Defendants. | 3:21-cv-00162-MMD-WGC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

It is stipulated and agreed by and between Plaintiff Anthony Burriola and Defendant, Charles Daniels, et al. by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Nathan C. Holland Deputy Attorney General, that the above-captioned matter be dismissed with prejudice; each party to bear their own attorney fees and costs.

_____
Anthony Burriola, Plaintiff
*Pro Se*

Dated: Jan. 06, 2022

AARON D. FORD
Attorney General

By: /s/ Nathan C. Holland
_____
Nathan C. Holland, Bar No. 15247
Deputy Attorney General
Attorneys for Defendants

Dated: January 11, 2022

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: \_\_January 11_____, 2021.

Page 1